# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA JEAN COX,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-00448-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 5, 12) |

On June 8, 2023, the parties submitted a stipulated request to extend the time for Plaintiff to file the motion for summary judgment, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 12.) The parties seek a 60-day extension of time to file the motion for summary judgment, to August 22, 2023. This is the parties' first request for an extension of Plaintiff's brief filing deadline. Counsel proffers he currently has 17 merit briefs to work on, which includes several merit briefs due for the weeks of June 19 and 26, 2023. Counsel further proffers he requires additional time to brief the issues thoroughly for the Court's consideration. The Court is satisfied that good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 12) is GRANTED;
2. Plaintiff shall have until **August 22, 2023**, to file the motion for summary judgment;

1

and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **June 8, 2023**

UNITED STATES MAGISTRATE JUDGE

2