# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA JEAN COX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00448-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 21) |

On September 29, 2023, the Defendant filed a stipulated motion for an extension of time to file its opposition brief and cross-motion for summary judgment. (ECF No. 21.) The Court finds good cause to grant the first requested extension of the deadline from October 5, 2023, to November 4, 2023, based on the proffer that Defendant is in the process of trying to obtain a missing hearing transcript.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 21) is GRANTED;
2. Defendant shall have until **November 4, 2023**, to file the opposition brief and cross-motion for summary judgment; and

/ / /

/ / /

/ / /

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **September 29, 2023**

UNITED STATES MAGISTRATE JUDGE